```
 1  ANDRÉ BIROTTE JR.                                    JS - 6
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone:  (213) 894-6166
        Facsimile:  (213) 894-7177
 8      E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

                            WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 11-01034 MMM (JEMx) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] |
| v. | ) | **CONSENT JUDGMENT** |
| ONE 2005 MERCEDES BENZ ML 500; $3,166.00 IN U.S. CURRENCY; AND $40,178.05 IN CITIBANK FUNDS, | ) | |
| Defendants. | ) | |
| PHILIP FU, | ) | |
| Claimant. | ) | |

   This action was filed on February 2, 2011.  Notice was given and published in accordance with law.  Philip Fu ("Claimant") filed a statement identifying right or interest and an answer on March 16, 2011.  No other statements of interest or answers have been filed, and the time for filing statements and answers has

expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendants other than Claimant Philip Fu are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant One 2005 Mercedes Benz ML 500 and the defendant $3,166.00 in U.S. Currency, and no other person or entity shall have any right, title or interest therein.  U.S. Customs and Border Protection shall dispose of said assets in accordance with law.

4. The defendant $40,178.05 in Citibank funds, without interest, shall be returned to Claimant by electronic transfer pursuant to instructions to be provided to the government by Claimant's counsel within 10 days of the entry of this judgment. Claimant agrees that he will provide to the government all information necessary to ensure that the payment called for herein complies with the requirements of the Treasury Offset Program, including the provision of required banking information and personal identifiers.

5. Claimant has agreed to release the United States of

1 America, its agencies, agents, and officers, including employees
2 and agents of the Department of Homeland Security, from any and
3 all claims, actions or liabilities arising out of or related to
4 this action, including, without limitation, any claim for
5 attorneys' fees, costs or interest which may be asserted on
6 behalf of the Claimant.

7     6.   The Court finds that there was reasonable cause for the
8 seizure of the defendant assets and institution of these
9 proceedings.  This judgment shall be construed as a certificate
10 of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: January 31, 2012

*Margaret M. Morrow*

THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on following page]**

**Approved as to form and content:**

DATED: _____, 2012

    ANDRÉ BIROTTE JR.
    United States Attorney
    ROBERT E. DUGDALE
    Assistant United States Attorney
    Chief, Criminal Division

    _____/S/_____
    STEVEN R. WELK
    Assistant United States Attorney
    Chief, Asset Forfeiture Section

    Attorneys for Plaintiff
    United States of America

DATED: _____, 2012

    LAW OFFICES OF R. DARREN CORNFORTH

    _____/S/_____
    R. DARREN CORNFORTH

    Attorney for Claimant
    Philip Fu